UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
Gary William Lewton and  
Carol Ann Lewton  
    Debtors.  
_____/

Chapter 13 No. 10-64155

Hon. Phillip J. Shefferly

## STIPULATION FOR WITHDRAWAL OF CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(a)(3)

NOW COMES RBS Citizens, N.A., f/k/a Citizens Bank, N.A., successor by merger to Charter One Bank, N.A. by and through its attorneys, Trott & Trott, P.C., having filed a MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(a)(3) with respect to the property located at 23144 Cushing Ave, Eastpointe, MI 48021-4118, along with the Chapter 7 Trustee and/or the Debtor, by and through their respective attorneys and a response having been filed to Creditor's Motion:

IT IS HEREBY STIPULATED by the parties that Creditor's Motion is withdrawn

Stipulated and agreed

/S/ Kim Morden Rattet (P62616)  
Attorney for RBS Citizens, N.A., f/k/a  
Citizens Bank, N.A., successor by merger to  
Charter One Bank, N.A.  
31440 Northwestern Hwy Ste 200  
Farmington Hills, MI 48334-5422  
248.642.2515  
Email: EasternECF@trottlaw.com

/S/ Amy B Muszall (P64935)  
Ziulkowski & Associates PLC  
17001 19 Mile Rd Ste 1-D  
Clinton Township, MI 48038-4867  
(586) 464-1640

TROTT & TROTT, P.C.  
31440 NORTHWESTERN  
HWY  
STE 200  
FARMINGTON HILLS, MI  
48334-5422  
PHONE 248.642.2515  
FACSIMILE 248.642.3628

T&T #412079B02